UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

William F. Hamlet        1103405

(Enter above the full name of the plaintiff    (Inmate Reg.# of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                CIVIL ACTION NO. 2:04-0087
                          (Number to be assigned by Court)

Jerry Detrick

Steven D. Canterbury

**FILED**

FEB - 2 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

(Enter above the full name of the defendant
or defendants in this action).

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same facts involved in this action or
       otherwise relating to your imprisonment?

       Yes ✓    No ___

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs: William 7. Hamlet Petition for Writ of Mandamus

   Defendants: James Rubenstein

2. Court (if federal court, name the district; if state court, name the county):

   Kanawha Supreme

3. Docket Number: 03155 4

4. Name of judge to whom case was assigned:

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   Pending

6. Approximate date of filing lawsuit: 6-23-03

7. Approximate date of disposition: Pending

2

II. **Place of Present Confinement:** Potomac Highlands Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ___

    C. If your answer is YES:

        1. What steps did you take? I filed to 1st Sgt & administrator

        2. What was the result? denied

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: William J. Hamlet

       Address: 13 Dolan Drive, Augusta

    B. Additional Plaintiffs and Address: W. Va. 26704

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant Jerry Detrick is employed as Adminstrator at Potomac Highlands Regional Jail

D. Additional defendants: Steven D. Canterbury Executive Director Regional Jail and Corrections facility Authority

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

I ask to be put on list for Programs and school and to attend. I was denied equal access by the adminstators designee then again by the administrator I then appealed to Henry Robinson Jr. He said my

4

IV. Statement of Claim (continued):

allegations where groundless on 6-23-03

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want someone in the Regional Jail authority to tell the Judge who sentence me I was denied equal access to school and programs and to pay me damages for everyday I was denied equal access.

5

**V. Relief (continued)**

_____

_____

_____

_____

_____


**VII.** **Counsel**

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    _____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓        No ____

    If so, state the name(s) and address(es) of each lawyer contacted:

    Scott Ash  1460 main St.
    Princeton, W Va.

    If not, state your reasons: _____

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____        No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____,20___.

_____
_____
_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on /-28-04
(Date)

*William F. Hamlet* (signature)
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7